

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Steve Van Horne,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 51801-A.

Vs. No. 11-25-00030-CV

\* October 2, 2025

Central Appraisal District of
Taylor County,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.